**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LEVONIA GRAY                                                                    PETITIONER
ADC #79784

v.                                      NO. 5:12CV00039 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                        RESPONDENT

## ORDER

  The Court has received the recommendation from Magistrate Judge Beth Deere that the petition in this case be dismissed with prejudice. Levonia Gray has filed objections, which the Court has considered. After conducting a *de novo* review of those portions of the record relevant to the objections, the Court adopts the Recommended Disposition as its own. The Petition for Writ of Habeas Corpus (docket entry #2) is dismissed with prejudice.

  When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11, Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, Gray has not provided a basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

  IT IS SO ORDERED this 11th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE