IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEVONIA GRAY                                                                              PETITIONER
ADC #79784

v.                              NO. 5:12CV00039 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Levonia Gray's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED with prejudice.

DATED this 11th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE